IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:25-mj-21 |
| W.B. WOHRMAN, | |
| Defendant. | |

**O R D E R**

On July 8, 2021, the United States District Court for the Northern District of Georgia, issued a warrant for the arrest of W.B. Wohrman in the case of <u>United States of America v. W.B. Wohrman,</u> Case No. 1:13-cr-00026-5-ELR).  W.B. Wohrman appeared before the undersigned on June 16, 2025 for his Initial Appearance on Rule 40 Transfer Out.  Mr. Wohrman was represented by counsel at that hearing.  Mr. Wohrman was advised of his right to an identity hearing, preliminary hearing, and a detention hearing in this District.  The Government moved for Defendant's detention.  Defendant admitted that his name is W.B. Wohrman.  After Defendant conferred with his counsel, Defendant waived his right to an identity hearing and requested that his preliminary hearing and detention hearings be held in the Northern District of Georgia.  Defendant filed a AO466A Waiver of Rule 32.1 Hearing form as to Case No. 1:13-cr-00026-5-ELR, waiving his right to an identity hearing and requesting that his preliminary hearing and detention hearing proceed in the Northern District of Georgia.  Doc. 5.  Defendant is ordered detained pending the transfer to the Northern District of Georgia.

**IT IS ORDERED**: The United States Marshal immediately transport Mr. Wohrman, together with a copy of this Order, to the Northern District of Georgia, Atlanta Division, and

deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive W.B. Wohrman. The Marshal or officer in the Northern District of Georgia, should immediately notify the United States Attorney and the Clerk of Court for that district of W.B. Wohrman's arrival.

The Clerk of this district must promptly transmit the documents in this case to the Northern District of Georgia, Atlanta Division.

**SO ORDERED** this 17th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA